# Law Offices of Bruce E. Cohen & Associates

425 BROADHOLLOW ROAD • SUITE 310
MELVILLE, NEW YORK 11747

BRUCE E. COHEN

Of Counsel
KEITH S. DAVIDSON
JANET L. H. SMITELLI
GREGORY ROOT





TEL: (631) 465-9000
FAX: (631) 465-9003

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

**MEMO ENDORSED**

December 10, 2019

United States District Court
Southern District of New York
Chambers of the Hon. Valerie Caproni
40 Foley Square, Room 240
New York, NY 10007

Attn: Clerk of The Court

    Re: Wilmer Santamaria v. Hilton Worldwide, Inc., et.al
       1:19-cv-010795

Dear Clerk of The Court:

    We are hereby respectfully requesting an adjournment of the motion submitted by the defendants requesting an order of dismissal and an order transferring venue to the U.S. District Court, Southern District of Florida with the plaintiff's opposition to be due on January 17, 2020 and the defendants have until January 24, 2020 to file a reply and that the Initial Conference be adjourned until February 14, 2020. Counsel for defendants consents to this request. The motion was originally filed on November 27, 2019 and additional time to respond to this motion is necessary as I am a sole practitioner who is currently working on five separate motions in the State Courts.

Very truly yours,

LAW OFFICES OF BRUCE E. COHEN & ASSOCIATES, P.C.

*/s/ Bruce E. Cohen*

Bruce E. Cohen

Application GRANTED in part.

Plaintiff's response to Defendants' motion to dismiss is due no later than **January 10, 2020**, and Defendants' reply if any is due no later than **January 17, 2020**. If Plaintiff again fails to meet the deadline to respond, the Court will evaluate the motion to dismiss as unopposed. *See McCall v. Pataki,* 232 F.3d 321, 322 (2d Cir. 2000). The initial pretrial conference currently scheduled for January 3, 2020, is adjourned *sine die.* The Court strongly encourages the parties to resolve whether this case will be voluntarily dismissed and on what terms, *see* Dkt. 12 (Deficient Stipulation of Voluntary Dismissal), Dkt. 13 (Opposition to Voluntary Dismissal Unless Leave to Re-File Against Defendants Withheld).

SO ORDERED.

*/s/ Valerie Caproni*
12/20/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE