**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

WILMER SANTAMARIA,

                Plaintiff,

-against-                      19 **CIVIL** 10795 (VEC)

## JUDGMENT

HILTON WORLDWIDE, INC., AND HLT
EXISTING FRANCHISE HOLDING, LLC,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 28, 2020, the Defendants' motion to dismiss for lack of personal jurisdiction is granted and Plaintiff's motion to amend his complaint is denied; accordingly, this case is closed.

**Dated:**  New York, New York

      April 29, 2020

                                          **RUBY J. KRAJICK**
                                          _____
                                          **Clerk of Court**
                       **BY:**
                                            **Deputy Clerk**